# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEALTHY FOOD INGREDIENTS, LLC, | Case No. 2:17-cv-01367-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| MESQUITE LAKE WATER & POWER, LLC, | |
| Defendant(s). | |

The Court is satisfied that a basis for diversity jurisdiction exists, *see* Docket Nos. 10, 13, so the order to show cause at Docket No. 3 is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: June 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge